AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

COMPONENTS ONLY PTY LTD.,

*Plaintiff(s)*

v.

BURTON INTERNATIONAL, INC., dba MB GLOBAL, MICHELLE BURTON, CHRISTOPHER BURTON, ERNESTO WEISSON, HEAVY WOODS LTDA EIRL, JORGE LUIS VILLANEUVA MACPHERSON

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Burton, 2122 Northridge Road, Delray Beach, FL 33444

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jordan Lewin
Barakat + Bossa PLLC,
2701 Ponce De Leon Blvd., Ste 202,
Coral Gables, FL 33134,
T:305-444-3114,
E: service@b2b.legal

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*